**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Moomin Characters OY Ltd.
                Plaintiff,

v.                  Case No.: 1:25−cv−05920

                  Honorable Franklin U. Valderrama

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2025:

  MINUTE entry before the Honorable Franklin U. Valderrama: On 6/2/2025, the Court dismissed Plaintiff's complaint, which named 178 defendants, for misjoinder [27]. Plaintiff then filed an amended complaint naming 4 defendants, along with a memorandum of law explaining why joinder is proper [28] [34]. In support of joinder, Plaintiff cites to identical images of the allegedly infringing product and emphasizes that Defendants "are selling the exact same counterfeit product at the exact same time." R. 34 at 8. However, this argument was considered and rejected in the Court's original Order dismissing Plaintiff's complaint. See R. 27 at 3 ("While Plaintiff points out that some Defendants' product descriptions use the same or similar wording and/or the same pictures, that does not establish that Defendants are the same or are working together.") (citing Bailie v. Partnerships and Unincorporated Associations, 2024 WL 2209698 at *5 (N.D. Ill. May 15, 2024) ("[E]ven if defendants' webpages were all identical, joinder is improper because use of identical web pages would not overcome the likelihood that Defendants are just copycats, both of the [plaintiff's] style and of each other.quot;) (cleaned up)). And although Plaintiff argues that it will be more economical for the Court to allow joinder here, the Court cannot circumvent the requirements of Federal Rule of Civil Procedure 20 for its own convenience. Accordingly, the Court dismisses Plaintiff's amended complaint without prejudice for misjoinder. Plaintiff has fourteen days from the date of this Order to file a second amended complaint naming one defendant. If Plaintiff's second amended complaint names more than one defendant, Plaintiff must submit a memorandum along with sufficient documentary evidence in support of joinder under Rule 20. The Court denies Plaintiff's motion for a temporary restraining order as moot [31]. The Court also notes that it issued its 6/17/2025 minute entry in error [37]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.